## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:    LATONA L LAWRENCE                           §
                                                       §   Case No.: 09-48401
                                                       §
                                                       §
          Debtor(s)                                    §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/22/2009.

2) This case was confirmed on 02/11/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2010, 09/14/2010.

5) The case was dismissed on 12/09/2010.

6) Number of months from filing to the last payment: 9

7) Number of months case was pending: 15

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   16,500.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Receipts:
        Total paid by or on behalf of the debtor         $      1,415.00
        Less amount refunded to debtor                   $           .00
 NET RECEIPTS                                            $      1,415.00
===============================================================================

===============================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan            $        238.96
        Court Costs                                      $           .00
        Trustee  Expenses and Compensation               $         76.36
        Other                                            $           .00

 TOTAL EXPENSES OF ADMINISTRATION                        $        315.32

 Attorney fees paid and disclosed by debtor              $           .00
===============================================================================


===============================================================================
 Scheduled Creditors:

 Creditor               Claim         Claim         Claim       Principal    Int.
  Name         Class    Scheduled     Asserted      Allowed     Paid         Paid

 ROUNDUP FUNDING LLC  UNSECURED     2,549.00      2,403.22      2,403.22         .00         .00
 GMAC                 SECURED       7,875.00      7,875.00      7,875.00      429.99      275.46
 GMAC                 UNSECURED     1,988.00      1,777.78      1,777.78         .00         .00
 CITY OF CHICAGO WATE SECURED         176.00           .00        176.00       62.73         .00
 WELLS FARGO BANK NA  SECURED     103,517.00     97,808.10           .00         .00         .00
 WELLS FARGO BANK NA  SECURED             NA      4,167.55           .00         .00         .00
 AMERICAN GENERAL FIN UNSECURED     4,420.00            NA            NA         .00         .00
 ECAST SETTLEMENT COR UNSECURED     4,827.00      4,399.79      4,399.79         .00         .00
 ECAST SETTLEMENT COR UNSECURED     1,101.00      1,021.04      1,021.04         .00         .00
 PRA RECEIVABLES MANA UNSECURED     4,851.00      4,457.19      4,457.19         .00         .00
 CITY OF CHICAGO PARK UNSECURED       200.00            NA            NA         .00         .00
 COMMONWEALTH EDISON  UNSECURED       669.00            NA            NA         .00         .00
 FIFTH THIRD BANK     UNSECURED       268.00            NA            NA         .00         .00
 KAY JEWELERS         UNSECURED     1,200.00            NA            NA         .00         .00
 ECAST SETTLEMENT COR UNSECURED     1,841.00      1,678.45      1,678.45         .00         .00
 NORTHWEST MEMORIAL P UNSECURED        60.00            NA            NA         .00         .00
 PEOPLES GAS LIGHT &  UNSECURED       675.00      1,208.79      1,208.79         .00         .00
 WELLS FARGO BANK     OTHER              NA            NA            NA         .00         .00
 STERLING INC/DBA KAY SECURED             NA      1,692.24           .00         .00         .00
 ROBERT J SEMRAD & AS PRIORITY            NA           .00        331.50      331.50         .00
 IL BELL TELEPHONE CO UNSECURED           NA        347.34        347.34         .00         .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,875.00 | 429.99 | 275.46 |
| All Other Secured | 176.00 | 62.73 | .00 |
| **TOTAL SECURED:** | 8,051.00 | 492.72 | 275.46 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 331.50 | 331.50 | .00 |
| **TOTAL PRIORITY:** | 331.50 | 331.50 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 17,293.60 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 315.32 |
| Disbursements to Creditors | $ | 1,099.68 |
| **TOTAL DISBURSEMENTS:** | $ | 1,415.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/23/2011            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**